488

## Vignola Appeal.

Submitted December 30, 1975. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

*Joel E. Rome* and *Lawrence A. DiSipio,* for appellant.

No appearance entered nor brief submitted for appellee.

OPINION PER CURIAM, February 18, 1976:

Appeal quashed. See *Tracey Service Co. Appeals, January, 1974 Special Investigating Grand Jury,* 238 Pa. Superior Ct. 476,      A.2d      (1976) ; *Shapiro Appeal, January, 1974 Special Investigating Grand Jury,* 238 Pa. Superior Ct. 486,      A.2d      (1976).